■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN DARBASIE, Appellant. [8 NYS3d 331]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered June 12, 2003, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree, and sentencing him to a term of six years to life, unanimously affirmed.

The court properly denied summarily defendant's motion to controvert a search warrant. Defendant was not entitled to a *Franks/Alfinito* hearing (*see Franks v Delaware*, 438 US 154 [1978]; *People v Alfinito*, 16 NY2d 181 [1965]), because he failed to make the necessary "substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant in the warrant affidavit" (*Franks*, 438 US at 155-156). Defendant only challenged the veracity of the information provided to the police officer affiant by an undercover detective, and not that of the affiant himself (*see People v Slaughter*, 37 NY2d 596, 600 [1975]; *People v Solimine*, 18 NY2d 477 [1966]).

We perceive no basis for reducing the sentence.

We have considered and rejected the arguments raised in defendant's supplemental pro se brief. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.